# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| JAMES E. BAGLEY, | ] | |
| | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | CIVIL ACTION NO. 09-RRA-1163-M |
| | ] | |
| WARDEN CHERYL PRICE, et al., | ] | |
| | ] | |
| Respondents. | ] | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this 9th day of July, 2009.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**